Jack Silver, Esq. SB# 160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy. No. # 407
Sebastopol, CA 95472
Tel. (707) 528-8175
Email: JsilverEnvironmental@gmail.com

David J. Weinsoff, Esq. SB# 141372
LAW OFFICE OF DAVID J. WEINSOFF
138 Ridgeway Avenue
Fairfax, CA 94930
Tel. (415) 460-9760
Email: david@weinsofflaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>Plaintiff,<br>v.<br>RON RUBIN WINERY and DOES 1 through 5, Inclusive,<br><br>Defendants. | CASE NO: 3:23-cv-01368-LB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE FRCP § 41(a)(1)(A)(i)**<br><br>Case Mgmt Conf.:  August 3, 2023 |

Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with prejudice.

Dated:  June 5, 2023                LAW OFFICE OF JACK SILVER

                                    By: __*/s/ Jack Silver*__
                                            Jack Silver

Dated: June 5, 2023                 LAW OFFICE OF DAVID J. WEINSOFF

                                    By: __*/s/ David J. Weinsoff*__
                                            David J Weinsoff

                                    Attorneys for Plaintiff
                                    CALIFORNIA RIVER WATCH